## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**GUY HARVEY, INC., a Florida
corporation,**

     **Plaintiff,**

**vs.**                                                      **CASE NO. 5:11-cv-152/RS-GRJ**

**JOHN L. SULLIVAN, an individual
and EAST COAST SALOONS, LLC
a New York limited liability company,**

     **Defendants.**

_____ /

## ORDER

The relief requested in Defendants' Motion for Extension of Time to Respond to

Complaint (Doc. 10) is **GRANTED**.  Defendants shall file their responses to the

complaint not later than **August 1, 2011**.


**ORDERED** on July 15, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**
