IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GUY HARVEY, INC., a
Florida corporation,

        Plaintiff,

vs.                                                  CASE NO. 5:11cv152/RS-GRJ

JOHN L. SULLIVAN, an individual,
and EAST COAST SALOONS,
LLC, a New York Limited Liability
Company,

        Defendants.
_____/

## ORDER

The relief requested by the Joint Motion For Extension Of Time (Doc. 22) is **granted**.

**ORDERED** on September 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**